```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 27272
   RONALD JAMES
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5245


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/10/2008 and was not confirmed.

     The case was dismissed without confirmation 11/05/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
OCWEN FEDERAL BANK     CURRENT MORTG          .00           .00            .00
OCWEN FEDERAL BANK     SECURED NOT I     68614.48           .00            .00
PRO SE DEBTOR          DEBTOR ATTY           .00                           .00
TOM VAUGHN             TRUSTEE                                             .00
DEBTOR REFUND          REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                                 .00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                        .00
DEBTOR REFUND                                               .00
                                  --------------      --------------
TOTALS                                  .00                 .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
     Dated: 02/25/09              _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```